IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CANTRELL NIMOY SASH, #1916323 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv500 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Petitioner Cantrell Nimoy Sash, a prisoner currently confined within the Texas Department of Criminal Justice (TDCJ), proceeding *pro se* and *in forma pauperis*, filed this habeas action challenging a criminal conviction stemming from Smith County.  The case was referred to United States Magistrate Judge, the Honorable K. Nicole Mitchell, for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

On March 15, 2021, Judge Mitchell issued a Report, (Dkt. #24), recommending that Petitioner's habeas petition be denied and the case be dismissed, with prejudice, as time-barred. She also recommended that Petitioner be denied a certificate of appealability *sua sponte*. Petitioner has filed timely objections, (Dkt. #25).

The court has conducted a careful *de novo* review of the record and the Magistrate Judge's proposed findings and recommendations.  *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings  or recommendations  to which objection is made.").   Upon such *de novo* review, the court has determined that the Report of the United States Magistrate Judge is correct and  Petitioner's objections are without merit.  Accordingly, it is

1

ORDERED that the Report and Recommendation of the United States Magistrate Judge, (Dkt. #24), is **ADOPTED** as the opinion of the court.  Petitioner's objections, (Dkt. #25), are **OVERRULED**.  It is also

ORDERED that the above-styled habeas proceeding is **DISMISSED**, with prejudice, as time-barred.  Petitioner is also **DENIED** a certificate of appealability *sua sponte*. Finally, it is

ORDERED that any and all motions which may be pending in this civil action are hereby **DENIED** as moot.

**SIGNED this 6th day of April, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE